**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Washington**

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

**Elizabeth**
First name

_____
Middle name

**Rodriguez**
Last name

_____
Suffix (Sr., Jr, II, III)

About Debtor 2 (Spouse Only in a Joint Case):

**Rodrigo**
First name

_____
Middle name

**Rodriguez**
Last name

_____
Suffix (Sr., Jr, II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

_____
First name

_____
Middle name

_____
Last name

_____
Business name (if applicable)

_____
Business name (if applicable)

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx - xx - **6  8  0  8**

OR

**9**xx - xx - __  __  __  __

xxx - xx - **5  2  5  8**

OR

**9**xx - xx - __  __  __  __

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

EIN _ _ – _ _ _ _ _ _ _

**5. Where you live**

**89050 E Calico Rd**

Number     Street

_____

**Kennewick, WA 99338**

City                    State   ZIP Code

**Benton**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City                    State   ZIP Code

**If Debtor 2 lives at a different address:**

Number     Street

_____

City                    State   ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number     Street

P.O. Box

City                    State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 3 of 145

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**Triple A's Trucking**
Name of business, if any

**89050 E. Calico Road**
Number     Street

_____

| **Kennewick** | **WA** | **99338** |
|---|---|---|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 4 of 145

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?  _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?  _____

Number      Street

_____

City _____  State ____  ZIP Code _____

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 5 of 145

---

**Part 5:**   Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 6 of 145

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 100-199
☐ 200-999
☐ 50-99
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Elizabeth Rodriguez                     **X** /s/ Rodrigo Rodriguez

Elizabeth Rodriguez, Debtor 1                     Rodrigo Rodriguez, Debtor 2

Executed on **06/19/2025**                          Executed on **06/19/2025**
MM/ DD/ YYYY                                        MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Amy Wilburn** _____ Date **06/19/2025** _____
Signature of Attorney for Debtor MM / DD / YYYY

**Amy Wilburn** _____
Printed name

**Law Office of Amy Wilburn, PLLC.** _____
Firm name

**PO Box 112350** _____
Number        Street

_____

**Tacoma** _____ **WA**  **98411** _____
City                                 State  ZIP Code

Contact phone **(253) 617-4380** _____   Email address **amy@amywilburnlaw.com** _____

**49583** _____   **WA** _____
Bar number                                  State

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 8 of 145

| Debtor 1 | Elizabeth | | Rodriguez | |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

## Additional Items: Continuation Page

**12. Are you a sole proprietor of any full- or part-time business? (cont.)**

**Triple A's Trucking**
Name of business, if any

**89050 E. Calico Road**
Number          Street

_____

| **Kennewick** | **WA** | **99338** |
|---|---|---|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

| | | |
|---|---|---|
| Debtor 1 | **Elizabeth** | **Rodriguez** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **89050 E Calico Rd**
Street address, if available, or other description

**Kennewick, WA 99338**
City          State          ZIP Code

**Benton**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Source of Value: **Assessor's Office, Zillow estimate**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,006,140.00** | **$1,006,140.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................➔ | **$1,006,140.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 10 of 145

3.1 Make: __Jeep__

Model: __Wrangler__

Year: __2023__

Approximate mileage: __34802__

Other information:

| Source of Value: KBB |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$28,410.00

**Current value of the portion you own?**
$28,410.00

If you own or have more than one, describe here:

3.2 Make: __Ford__

Model: __F250__

Year: __2018__

Approximate mileage: __247896__

Other information:

| Source of Value: KBB |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$19,142.00

**Current value of the portion you own?**
$19,142.00

3.3 Make: __Can-Am__

Model: __UTV Maverick__

Year: __2020__

Approximate mileage: _____

Other information:

|  |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$3,225.00

**Current value of the portion you own?**
$3,225.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1 Make: _____

Model: _____

Year: _____

Other information:

|  |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................ ➔

| $50,777.00 |

| Part 3: | Describe Your Personal and Household Items |
|---------|-------------------------------------------|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.    Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

| Appliances and furniture | $750.00 |

**7.    Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

| Televisions, other electronics | $300.00 |

**8.    Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

**9.    Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........

| Exercise equipment | $50.00 |

**10.   Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........

**11.   Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........

| Clothes, shoes and outerwear | $300.00 |

**12.   Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........

| Rings, other jewelry | $200.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Give specific information. ............    **Tires**     $50.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ →   $1,650.00

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ............................................................................................................... Cash: ..................   $80.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes .....................    Institution name:

    17.1. Checking account:    **Bank of America** <br> **Account Number: 1147**     ($1,202.42)

    17.2. Checking account:    **Washington Federal Credit Union** <br> **Account Number: 6805**     $2,417.18

    17.3. Savings account:    **Bank of America** <br> **Account Number: 6935**     $10.00

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .....................    Institution or issuer name:

---

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them.....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Triple A's Trucking** | **100.00%** | **$0.00** |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................

Issuer name:

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | |
| Pension plan: | | |
| IRA: | | |
| Retirement account: | | |
| Keogh: | | |
| Additional account: | | |
| Additional account: | | |

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes .....................

| | Institution name or individual: | |
|---|---|---|
| Other: | **Capital One** **Deposit on Secured Credit Card** | **$200.00** |
| Other: | **Capital One** **Deposit on Secured Credit Card** | **$700.00** |

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 14 of 145

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

_____     _____

_____     _____

_____     _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     _____

_____     _____

_____     _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ...    |_____|     _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...    |_____|     _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...    |_____|     _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................         Federal:     _____

                                          State:       _____

                                          Local:       _____

29. **Family support**

 *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

 ☑ No

 ☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

 *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

 ☑ No

 ☐ Yes. Give specific information. ........

 _____

31. **Interests in insurance policies**

 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

 ☑ No

 ☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

 If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

 ☑ No

 ☐ Yes. Give specific information. ........

 _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

 *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

 ☑ No

 ☐ Yes. Describe each claim. ..............

 _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

 ☑ No

 ☐ Yes. Describe each claim. ..............

 _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................................... ➡  **$2,204.76**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe. .........    Office equipment and furniture          **$800.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe. .........    2018 Reefer Utility Trailer          **$20,000.00**

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                    % of ownership:

---

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 17 of 145

---

43. **Customer lists, mailing lists, or other compilations**

   ☑ No

   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
   for Part 5. Write that number here** ................................................................................................. ➔   | **$20,800.00** |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes. Go to line 47.

   |  |
   | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ☐ Yes .........................

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific
   information. ............

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................          _____          _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................          _____          _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............          _____          _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................................................................................  ➡          | $0.00 |

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............          _____          _____
          _____
          _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................................  ➡          | $0.00 |

---

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................................  ➡          | $1,006,140.00 |

56. **Part 2: Total vehicles, line 5**          $50,777.00

57. **Part 3: Total personal and household items, line 15**          $1,650.00

58. **Part 4: Total financial assets, line 36**          $2,204.76

59. **Part 5: Total business-related property, line 45**          $20,800.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61. **Part 7: Total other property not listed, line 54**          +          $0.00

62. **Total personal property.** Add lines 56 through 61. ...............          $75,431.76          Copy personal property total  ➡          +          $75,431.76

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 19 of 145

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................................................. | **$1,081,571.76** |

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **89050 E Calico Rd Kennewick, WA 99338**<br><br>Line from *Schedule A/B*: **1.1** | **$1,006,140.00** | ☑ **$145,471.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.13.030(b)** |
| Brief description: **2023 Jeep Wrangler**<br><br>Line from *Schedule A/B*: **3.1** | **$28,410.00** | ☑ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1) (d)(iv)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 21 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2018 Ford F250**  Line from *Schedule A/B:* **3.2** | **$19,142.00** | ☑ **$15,000.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |
| Brief description: **2020 Can-Am UTV Maverick**  Line from *Schedule A/B:* **3.3** | **$3,225.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |
| Brief description: **Appliances and furniture**  Line from *Schedule A/B:* **6** | **$750.00** | ☑ **$750.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **Televisions, other electronics**  Line from *Schedule A/B:* **7** | **$300.00** | ☑ **$300.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Exercise equipment**  Line from *Schedule A/B:* **9** | **$50.00** | ☑ **$50.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **Clothes, shoes and outerwear**  Line from *Schedule A/B:* **11** | **$300.00** | ☑ **$300.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |
| Brief description: **Rings, other jewelry**  Line from *Schedule A/B:* **12** | **$200.00** | ☑ **$200.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 22 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash on Hand**<br>Line from *Schedule A/B*: **16** | **$80.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.27.150** |
| Brief description: **Washington Federal Credit Union**<br>**Checking account**<br>**Acct. No.: 6805**<br>Line from *Schedule A/B*: **17** | **$2,417.18** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **15 U.S.C. § 1673** |
| Brief description: **Bank of America**<br>**Checking account**<br>**Acct. No.: 1147**<br>Line from *Schedule A/B*: **17** | **($1,202.42)** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **15 U.S.C. § 1673** |
| Brief description: **Bank of America**<br>**Savings account**<br>**Acct. No.: 6935**<br>Line from *Schedule A/B*: **17** | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **15 U.S.C. § 1673** |
| Brief description: **Triple A's Trucking**<br>Line from *Schedule A/B*: **19** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Capital One Deposit on Secured Credit Card**<br>**Other**<br>Line from *Schedule A/B*: **22** | **$200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Capital One Deposit on Secured Credit Card**<br>**Other**<br>Line from *Schedule A/B*: **22** | **$700.00** | ☑ **$4.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |

| Debtor 1 | Elizabeth | | Rodriguez | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Office equipment and furniture**<br><br>Line from *Schedule A/B:* __39__ | **$800.00** | ☑ __$0.00__<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(e)** |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 24 of 145

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1** **Gesa Credit Union**

Creditor's Name

**51 Gage Blvd**

Number        Street

_____

**Richland, WA 99352**

City        State        ZIP Code

**Describe the property that secures the claim:**

| **2018 Ford F250** |
|---|

Amount of claim: **$11,045.17**  
Value of collateral: **$19,142.00**  
Unsecured portion: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **11/2018**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **2  6  0  1**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$11,045.17** |
|---|---|

Official Form 106D    **Schedule D: Creditors Who Have Claims Secured by Property**    page **1** of **4**

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 25 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number (if known) _____ |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

| Small Business Administration | Describe the property that secures the claim: | $862,700.00 | $23,217.18 | $839,482.82 |
|---|---|---|---|---|
| Creditor's Name | | | | |

409 3rd St SW

Number     Street

Office equipment and furniture 2018 Reefer Utility Trailer Washington Federal Credit Union

Washington, DC 20416

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   05/31/2020

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   Small Business Loan

Last 4 digits of account number   7  8  0  3

**2.3**

| Spokane Teacher's Credit Union | Describe the property that secures the claim: | $34,752.22 | $20,000.00 | $14,752.22 |
|---|---|---|---|---|
| Creditor's Name | | | | |

9207 East Mission Avenue

Number     Street

2018 Reefer Utility Trailer

Spokane, WA 99206

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   6/20/2020

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)   _____

Last 4 digits of account number   8  0  8  5

| Add the dollar value of your entries in Column A on this page. Write that number here: | $897,452.22 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 26 of 145

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br><br>If any |

**2.4** Spokane Teacher's Credit Union

| | Describe the property that secures the claim: | $7,912.29 | $3,225.00 | $4,687.29 |
|---|---|---|---|---|

Creditor's Name

**9207 East Mission Avenue**

Number     Street

| 2020 Can-Am UTV Maverick |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spokane, WA 99206**

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     **11/2018**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)     _____

Last 4 digits of account number     **5   9   2   1**

**2.5** The Goodyear Tire & Rubber Company

| | Describe the property that secures the claim: | $1,500.00 | $50.00 | $1,450.00 |
|---|---|---|---|---|

Creditor's Name

**200 Innovation Way**

Number     Street

| Tires |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Akron, OH 44316-0001**

City     State     ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)     _____

Last 4 digits of account number     **5   3   9   9**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $9,412.29 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

**2.6** Twinstar Credit Union

Creditor's Name

PO Box Box 718

Number    Street

Olympia, WA 98507-0718

City       State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   06/09/2023

**Describe the property that secures the claim:**   $72,964.00   $28,410.00   $44,554.00

2023 Jeep Wrangler

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.7** Umpqua Bank

Creditor's Name

500 SE Cass Ave

Number    Street

Roseburg, OR 97470-3103

City       State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   06/27/2022

**Describe the property that secures the claim:**   $860,669.00   $1,006,140.00   $0.00

89050 E Calico Rd Kennewick, WA 99338

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  5  4  2  3

| Add the dollar value of your entries in Column A on this page. Write that number here: | $933,633.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,851,542.68 |

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 28 of 145

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | | $0.00 | $0.00 | $0.00 |
| Priority Creditor's Name | When was the debt incurred? **0** | | | | |
| **Centralized Insolvency Operations** | | | | | |

**PO Box 7346**

Number        Street

**Philadelphia, PA 19101**

City        State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a
community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** Notice Only

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Absolute Resolutions Investments, LLC** | **$716.00**

Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___

**PO Box Box 243**

Number          Street

When was the debt incurred? **11/2022**

**Minneapolis, MN 55439**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Original Creditor: US Bank, N.A.

**4.2** **ADT** | **$992.19**

Nonpriority Creditor's Name

Last 4 digits of account number **5 8 1 9**

**PO Box 371878**

Number          Street

When was the debt incurred? _____

**Pittsburgh, PA 15250**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Security System**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.3 | **American Express** | Last 4 digits of account number | __1__ __0__ __0__ __7__ | **$5,830.44** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 410**

Number          Street

When was the debt incurred?          _____

**Ramsey, NJ 07446-0410**

City                    State                    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.4 | **AT&T** | Last 4 digits of account number | __0__ __0__ __7__ __4__ | **unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5014**

Number          Street

When was the debt incurred?          _____

**Carol Stream, IL 60197**

City                    State                    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Cellular Service**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 32 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.5**

**Banner Bank**
Nonpriority Creditor's Name

**10 S 1st Ave**
Number          Street

**WallaWalla, WA 99362**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  5  1  4**        **unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Revolving Account**

---

**4.6**

**Banner Bank**
Nonpriority Creditor's Name

**10 S 1st Ave**
Number          Street

**WallaWalla, WA 99362**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  2  3  0**        **$35,175.23**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Revolving Account**

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7**

| Banner Bank | Last 4 digits of account number    5   6   0   7 | $19,318.51 |
|---|---|---|

Nonpriority Creditor's Name

**10 S 1st Ave**

Number      Street

When was the debt incurred? _____

**WallaWalla, WA 99362**

City      State      ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.8**

| Barclays Bank Delaware | Last 4 digits of account number    6   7   8   4 | $1,935.90 |
|---|---|---|

Nonpriority Creditor's Name

**PO Box 8803**

Number      Street

When was the debt incurred? _____

**Wilmington, DE 19899**

City      State      ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 34 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.9**

**Benton Rural Electric Association**

Nonpriority Creditor's Name

**402 7th St.**

Number          Street

**Prosser, WA 99350**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5    3    0    4**          **$488.71**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Utility**

---

**4.10**

**Boone Emergency Physicians**

Nonpriority Creditor's Name

**2753 Hospital Court**

Number          Street

**Rio Grande City, TX 78582**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___          **$1,447.99**

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Bill**

---

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 35 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name | Middle Name | Last Name |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.11**   **Canal Insurance**

Nonpriority Creditor's Name

**P.O Box 7**

Number      Street

**Greenville, SC 29602**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$642.24**

---

**4.12**   **Capital One**

Nonpriority Creditor's Name

**PO Box 31293**

Number      Street

**Salt Lake City, UT 84131**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?**    **05/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

**$210.00**

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.13**    **Capital One**

Nonpriority Creditor's Name

**PO Box 31293**

Number      Street

**Salt Lake City, UT 84131**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      **$696.00**

When was the debt incurred?    **09/2024**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

---

**4.14**    **Carson**

Nonpriority Creditor's Name

**3125 NW 35th Ave.**

Number      Street

**Portland, OR 97210**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1**   **2**   **5**   **1**      **$34,413.36**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.15**

**Christensen Oil Fuel**

Nonpriority Creditor's Name

**1060 Jadwin Ave.**

Number      Street

**Richland, WA 99352**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    3   1   6   3     **$15,702.52**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

---

**4.16**

**Citibank N.A.**

Nonpriority Creditor's Name

**PO Box 9001037**

Number      Street

**Louisville, KY 40290-1037**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___     **$23,744.24**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

**Remarks:** Wayfair

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 38 of 145

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.17** **Citibank NA**

Nonpriority Creditor's Name

**5800 S Corporate Place**

Number          Street

**Sioux Falls, SD 57108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Brand Source

Last 4 digits of account number ___ ___ ___ ___          **$1,896.00**

When was the debt incurred?          **06/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

---

**4.18** **Citibank NA**

Nonpriority Creditor's Name

**5800 S Corporate Place**

Number          Street

**Sioux Falls, SD 57108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Home Depot

Last 4 digits of account number ___ ___ ___ ___          **$7,096.00**

When was the debt incurred?          **05/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

---

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 39 of 145

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.19**

**Citibank NA**

Nonpriority Creditor's Name

**5800 S Corporate Place**

Number          Street

**Sioux Falls, SD 57108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Home Depot Card

Last 4 digits of account number    **3    4    8    9**          **$1,109.09**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving Account**

---

**4.20**

**Citibank, N.A.**

Nonpriority Creditor's Name

**PO Box 9001094**

Number          Street

**Louisville, KY 40290-1094**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Macy's American Express

Last 4 digits of account number    ___ ___ ___ ___          **$17,178.41**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving Account**

---

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.21** City of Kennewick

Nonpriority Creditor's Name

210 W 6th Ave.

Number          Street

Kennewick, WA 99336

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $257.30

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.22** City of West Richland

Nonpriority Creditor's Name

3100 Belmont Boulevard Suite 100

Number          Street

West Richland, WA 99353

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  4  0  5          $123.15

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 41 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|----------|---------------|---------------|-------------------|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name | Middle Name | Last Name |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.23**   **Coast Professional, Inc.**

Last 4 digits of account number   6   2   3   3     $2,113.46

Nonpriority Creditor's Name

**4273 Volunteer Road**

Number      Street

**When was the debt incurred?** _____

**Geneseo, NY 14454**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.24**   **CO-Energy, Inc.**

Last 4 digits of account number   ___ ___ ___ ___     $5,120.38

Nonpriority Creditor's Name

**1015 N Oregon Ave**

Number      Street

**When was the debt incurred?** _____

**Pasco, WA 99301**

City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 42 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number (if known) |
|----------|-----------|-----------|------------------------|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.25** Coleman Oil

Nonpriority Creditor's Name

335 Mill Road

Number          Street

Lewiston, ID 83501

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Commercial Account

**$11,714.40**

---

**4.26** Comenity Bank

Nonpriority Creditor's Name

PO Box 182120

Number          Street

Columbus, OH 43218-2120

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  4  9  3

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Revolving Account

**$5,319.04**

**Remarks:** Sports Authority

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name      Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.27**  **Crazy Frog Pest Control**                                                   $135.75

Nonpriority Creditor's Name

**4023 W. Clearwater Ave.**

Number          Street

**Kennewick, WA 99336**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

---

**4.28**  **Credit Collection Services**                                               $110.00

Nonpriority Creditor's Name

**PO Box 607**

Number          Street

**Norwood, MA 02062**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5   4   0   4**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.29 Credit Management LP

Nonpriority Creditor's Name

**6080 Tennyson Pkwy Suite 100**

Number          Street

**Plano, TX 75024-6002**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  6  2  4**        **$45.68**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

### 4.30 Direct TV

Nonpriority Creditor's Name

**2230 E Imperial Hwy**

Number          Street

**El Segundo, CA 90245**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7  7  6  9**        **$1,582.91**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility**

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 45 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td><b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.31** **Dobbs Peterbilt**

Nonpriority Creditor's Name

**2800 136th Avenue Court E.**

Number          Street

**Sumner, WA 98390**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$1,700.00**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Commercial Account**

---

**4.32** **E-470 Public Highway Authority**

Nonpriority Creditor's Name

**P.O. Box 5470**

Number          Street

**Denver, CO 80217-5470**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5   0   4   9**          **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name   Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b>  <b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

---

**4.33**  **Ed Financial/ESA**

Nonpriority Creditor's Name

**120 N. Seven Oaks Dr.**

Number            Street

**Knoxville, TN 37922-2359**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **$8,958.00**

**When was the debt incurred?**            **08/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.34**  **Ed Financial/ESA**

Nonpriority Creditor's Name

**120 N. Seven Oaks Dr.**

Number            Street

**Knoxville, TN 37922-2359**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **$15,876.00**

**When was the debt incurred?**            **09/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.35 Elan Financial Services

Nonpriority Creditor's Name

**PO Box 108**

Number          Street

**Saint Louis, MO 63166-1610**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          **$12,090.08**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Agency**

### 4.36 First National Bank of Omaha

Nonpriority Creditor's Name

**P.O. Box 2658**

Number          Street

**Omaha, NE 68103-2658**

City          State          ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **1   7   3   3**          **$899.01**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Revolving Account**

**Remarks:** Shopko Card

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.37 FleetOne Holdings, LLC

Nonpriority Creditor's Name

**PO Box 630038**

Number        Street

**Cincinnati, OH 45263-0038**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    5   1   9   4      **$2,023.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Commercial Account**

### 4.38 Flyers Energy, LLC

Nonpriority Creditor's Name

**2360 Lindbergh Street**

Number        Street

**Auburn, CA 95602**

City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6   9   5   7      **$41,685.74**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Commercial Account**

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|----------|---------------|---------------|------------------|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.39**

| **Geico Inc.** | | Last 4 digits of account number ___ ___ ___ ___ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Region 3 Underwriting**

When was the debt incurred? _____

**PO Box 9105**

Number    Street

**Macon, GA 31208**

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.40**

| **Gesa Credit Union** | | Last 4 digits of account number ___ ___ ___ ___ | **$699.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**51 Gage Blvd**

When was the debt incurred? **11/2018**

Number    Street

**Richland, WA 99352**

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Installment Account**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Charge-off

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 50 of 145

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.41**

**Gesa Credit Union**

Nonpriority Creditor's Name

**51 Gage Blvd**

Number                Street

**Richland, WA 99352**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  6  6  1**              **$36,244.00**

**When was the debt incurred?**              **11/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

**4.42**

**Gesa Credit Union**

Nonpriority Creditor's Name

**51 Gage Blvd**

Number                Street

**Richland, WA 99352**

City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0  6  6  1**              **$21,496.56**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

**Remarks:** Inspirus Credit Union

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 51 of 145

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.43**

**Gesa Credit Union**
Nonpriority Creditor's Name

**51 Gage Blvd**
Number          Street

**Richland, WA 99352**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Inspirus Credit Union

**Last 4 digits of account number** ___ ___ ___ ___          $9,157.69

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

---

**4.44**

**Goldman Sachs Bank USA**
Nonpriority Creditor's Name

**Lockbox 6112**

**PO Box 7247**
Number          Street

**Philadelphia, PA 19170-6112**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Apple Card

**Last 4 digits of account number** 4  6  0  7          $7,071.00

**When was the debt incurred?** 07/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

---

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 52 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* | |
|----------|-----------|-----------|-------------------------|---|
| Debtor 2 | Rodrigo | Rodriguez | | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.45 Goldman Sachs Bank USA

Nonpriority Creditor's Name

**Lockbox 6112**

**PO Box 7247**

Number         Street

**Philadelphia, PA 19170-6112**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** Apple Card

**Last 4 digits of account number**  9  9  8  0        **$10,567.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Revolving Account**

### 4.46 GWP Holdings, LLC

Nonpriority Creditor's Name

**2800 136th Avenue Ct. E.**

Number         Street

**Sumner, WA 98390-9206**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  5  8  8  6        **$2,397.53**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.47**

**HSBC Bank USA NA**
Nonpriority Creditor's Name

**PO Box 4657**
Number      Street

**Carol Stream, IL 60197**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Revolving Account**

**$7,056.27**

---

**4.48**

**Hunt & Sons, LLC**
Nonpriority Creditor's Name

**5750 S. Watt Ave**
Number      Street

**Sacramento, CA 95829**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  6  0  3  6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Commercial Account**

**$83,246.11**

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.49 Incyte Pathology, PS

Nonpriority Creditor's Name

**P.O. Box 3495**

Number          Street

**Raymond, OH 43067-0475**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$8.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

### 4.50 Indiana Toll Road Concession Company

Nonpriority Creditor's Name

**3200 Cassopolis St.**

Number          Street

**Elkhart, IN 46514**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   4   6   7   4          **$76.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name | Middle Name | Last Name |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.51

**Inland Imaging Associates, PS**

Nonpriority Creditor's Name

**801 S Stevens St.**

Number          Street

**Spokane, WA 99204-2654**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **8   6   2   5**          **$42.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

### 4.52

**Jefferson Capital System**

Nonpriority Creditor's Name

**PO Box 17210**

Number          Street

**Golden, CO 80402**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **9   4   9   3**          **$5,319.04**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Revolving Account**

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 56 of 145

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

### 4.53

**Justice Family Chiropractic**

Nonpriority Creditor's Name

**7106 W. Hood Place**

Number      Street

**Kennewick, WA 99336**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   L   E   U   J      $78.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

### 4.54

**Kadlec Regional Medical Center**

Nonpriority Creditor's Name

**888 Swift Blvd**

Number      Street

**Richland, WA 99352**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___      $2,747.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical**

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.55 Kadlec Regional Medical Center

Nonpriority Creditor's Name

**888 Swift Blvd**

Number            Street

**Richland, WA 99352**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___            $169.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical**

### 4.56 Les Schwab Tire Center

Nonpriority Creditor's Name

**PO Box 5350**

Number            Street

**Bend, OR 97708**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0 6 7 1            $4,905.16

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 58 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name  Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.57**   **Linebarger Goggan Blair & Sampson LLP**

Nonpriority Creditor's Name

**PO Box 17428**

Number     Street

**Austin, TX 78760**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1**   **5**   **2**   **6**     **$115.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.58**   **Malheur County Circuit Court**

Nonpriority Creditor's Name

**251 B. Street W. Box 3**

Number     Street

**Vale, OR 97918**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0**   **8**   **3**   **3**     **$1,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Traffic Violation**

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.59 Maryland Transportation Authority

Nonpriority Creditor's Name

**P.O. Box 12853**

Number          Street

**Philadelphia, PA 19176-0853**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$61.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

### 4.60 Michael Breier, DMD

Nonpriority Creditor's Name

**2469 Queensgate Dr**

Number          Street

**Richland, WA 99352**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$1,578.50**

**When was the debt incurred?** **07/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 60 of 145

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.61**

**Motive**

Nonpriority Creditor's Name

**55 Hawthorne Street Suite 400**

Number          Street

**San Francisco, CA 94105**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    6   5   5   3          $1,369.62

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.62**

**NC Quick Pass**

Nonpriority Creditor's Name

**P.O. Box 100020**

Number          Street

**Fort Lauderdale, FL 33302-4430**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    3   5   6   1          $180.88

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Part 2:</b>    <b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.63**

**New Jersey EZ-Pass**
Nonpriority Creditor's Name

**P.O. Box 4971**
Number     Street

**Trenton, NJ 08650**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0  9  R  P**    **$220.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.64**

**Nolan's Collisions**
Nonpriority Creditor's Name

**1125 E. Columbia Street**
Number     Street

**Pasco, WA 99301**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7  5  7  9**    **$1,503.92**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.65**

**North Texas Tollway Authority**

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026-0928**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **8   6   3   1**          **$43.10**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Traffic Violation**

---

**4.66**

**North Texas Tollway Authority**

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026-0928**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$120.77**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.67**

**North Texas Tollway Authority**

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026-0928**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0**   **7**   **2**   **9**     **$238.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.68**

**Numerica Credit Union**

Nonpriority Creditor's Name

**PO Box Box 4000**

Number          Street

**Veradale, WA 99037**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___     **$5,059.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 64 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|----------|---------------|---------------|---------------------------------------------|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name  Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.69**

| **Oregon Judicial Department** | Last 4 digits of account number  **7  2  8  4** | **$440.00** |
|---|---|---|

Nonpriority Creditor's Name

**1163 State St.**

Number          Street

When was the debt incurred?          _____

**Salem, OR 97301-2563**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Traffic Violation**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.70**

| **Pennsylvania Turnpike Toll by Plate** | Last 4 digits of account number  **2  2  6  1** | **$290.00** |
|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 645631**

Number          Street

When was the debt incurred?          _____

**Pittsburgh, PA 15264-5254**

City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name     Middle Name | Last Name | |

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Part 2:</strong>   <strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.71**  **Petrocard, Inc.**

Nonpriority Creditor's Name

**730 Central Ave S.**

Number          Street

**Kent, WA 98032**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  9  1  1**          $30,050.69

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

---

**4.72**  **P-Fleet Fuel Card**

Nonpriority Creditor's Name

**6390 Greenwich Drive Suite 200**

Number          Street

**San Diego, CA 92122**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          $1,455.85

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name | Middle Name | Last Name |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                  **Total claim**

---

**4.73**   **Pinnacle Pain Center**

Nonpriority Creditor's Name

**8524 W. Gage Blvd. Bldg. A-1**

Number                     Street

**Kennewick, WA 99336**

City                     State                     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                **$109.76**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Bill**

---

**4.74**   **Prairie Electric, Inc.**

Nonpriority Creditor's Name

**27050 NE 10th Ave**

Number                     Street

**Ridgefield, WA 98642**

City                     State                     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___                **$2,836.05**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page ___ of ___

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | |
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.75

| | |
|---|---|
| **Premier Anesthesia** | Last 4 digits of account number ___ ___ ___ ___     $44.04 |
| Nonpriority Creditor's Name | |
| **2655 Northwinds Parkway** | **When was the debt incurred?** _____ |
| Number     Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| **Alpharetta, GA 30009** | ☐ Contingent |
| City     State     ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Student loans |
| ☑ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ **Check if this claim is for a community debt** | ☑ Other. Specify  **Medical Bill** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

### 4.76

| | |
|---|---|
| **Revco Solutions Inc.** | Last 4 digits of account number    0  7  8  9     $672.46 |
| Nonpriority Creditor's Name | |
| **P.O. Box 2589** | **When was the debt incurred?** _____ |
| Number     Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| **Columbus, OH 43216-2589** | ☐ Contingent |
| City     State     ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Student loans |
| ☑ Debtor 1 and Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☑ **Check if this claim is for a community debt** | ☑ Other. Specify  **Revolving Account** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.77**    **Riverlink**           Last 4 digits of account number   9   3   0   3     $11.38

Nonpriority Creditor's Name

**P.O. Box 70**           When was the debt incurred?

Number      Street

**Perry, NY 14530**           As of the date you file, the claim is: Check all that apply.

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**4.78**    **Senske Services**           Last 4 digits of account number   ___ ___ ___ ___     $661.00

Nonpriority Creditor's Name

**400 N. Quay St.**           When was the debt incurred?   **12/2023**

Number      Street

**Kennewick, WA 99336**           As of the date you file, the claim is: Check all that apply.

City      State      ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Revolving Account**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | Total claim |
|---|---|---|

---

**4.79**

**Smart Sales & Lease**
Nonpriority Creditor's Name

**3220 W Main St #200**
Number          Street

**Rapid City, SD 57702**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$5,699.47**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal Loan**

---

**4.80**

**Sound Credit Union**
Nonpriority Creditor's Name

**P.O. Box 1595**
Number          Street

**Tacoma, WA 98401**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$25,098.34**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  _____

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name | Middle Name | Last Name |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | **Total claim** |
|---|---|---|

**4.81**

**Spokane Teacher's Credit Union**

Nonpriority Creditor's Name

**9207 East Mission Avenue**

Number                Street

**Spokane, WA 99206**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **$7,799.00**

When was the debt incurred?            **11/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

---

**4.82**

**Spokane Teacher's Credit Union**

Nonpriority Creditor's Name

**9207 East Mission Avenue**

Number                Street

**Spokane, WA 99206**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **4   5   3   9**            **$5,816.00**

When was the debt incurred?            **07/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name   Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.83**

**Spokane Teacher's Credit Union**
Nonpriority Creditor's Name

**9207 East Mission Avenue**
Number          Street

**Spokane, WA 99206**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    7   3   9   8          **$15,732.45**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

---

**4.84**

**Spokane Teacher's Credit Union**
Nonpriority Creditor's Name

**9207 East Mission Avenue**
Number          Street

**Spokane, WA 99206**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          **$53,380.91**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.85** **Synchrony Bank**

Nonpriority Creditor's Name

**P.O. Box 960012**

Number          Street

**Orlando, FL 32896-0012**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** CheapOair

Last 4 digits of account number   1   7   0   9          $933.74

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

---

**4.86** **TCL North America**

Nonpriority Creditor's Name

**850 New Burton Road Suite 201**

Number          Street

**Dover, DE 19904**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          $87.60

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.87**

**TD Bank USA**
Nonpriority Creditor's Name

**PO Box Box 673**
Number                Street

**Minneapolis, MN 55440-0673**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2    4    9    2**        **$511.51**

When was the debt incurred?            **04/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving Account**

---

**4.88**

**The Home Depot/CBNA**
Nonpriority Creditor's Name

**PO Box 6497**
Number                Street

**Sioux Falls, SD 57117**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___        **$1,109.09**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Revolving Account**

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

### 4.89 Transworld Systems, Inc.

Nonpriority Creditor's Name

**P.O. Box 15110**

Number        Street

**Wilmington, DE 19850**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2  1  0  9**        $575.72

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

### 4.90 Twinstar Credit Union

Nonpriority Creditor's Name

**PO Box Box 718**

Number        Street

**Olympia, WA 98507-0718**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5  9  8  9**        $15,294.00

**When was the debt incurred?**        **11/2023**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving Account**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.91** ULine

Nonpriority Creditor's Name

**12575 Uline Drive**

Number          Street

**Pleasant Prairie, WI 53158**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **1   3   8   5**          $753.56

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.92** US Bank

Nonpriority Creditor's Name

**800 Nicollet Mall**

Number          Street

**Minneapolis, MN 55402-7000**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **4   8   2   8**          $15,148.00

**When was the debt incurred?**          **01/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify     **Revolving Account**

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name   Middle Name | Last Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Your NONPRIORITY Unsecured Claims — Continuation Page</strong></td></tr>
</table>

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.93**  **US Bank**

Nonpriority Creditor's Name

**800 Nicollet Mall**

Number            Street

**Minneapolis, MN 55402-7000**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Fred Meyer Visa

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**$715.62**

---

**4.94**  **US Bank**

Nonpriority Creditor's Name

**PO Box 108**

Number            Street

**Saint Louis, MO 63166**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  4  8  8

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

**$1,422.18**

---

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name     Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                           **Total claim**

### 4.95

**Verizon Wireless**
Nonpriority Creditor's Name

**Bankruptcy Administration**

**500 Technology Drive Suite 550**
Number          Street

**Saint Charles, MO 63304**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   0   0   1**              **$4,783.08**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Cellular Service**

### 4.96

**Violation Enforcement Systems**
Nonpriority Creditor's Name

**P.O. Box 1212**
Number          Street

**Horseheads, NY 14845-1200**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   9   R   P**              **$213.80**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b>    <b>Your NONPRIORITY Unsecured Claims — Continuation Page</b></td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.97**

| WA Dept of Transportation | Last 4 digits of account number    **1**   **5**   **8**   **0** | $123.88 |
|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 34562**

Number      Street

**When was the debt incurred?** _____

**Seattle, WA 98124-1562**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.98**

| Waterways, Inc. | Last 4 digits of account number    ___ ___ ___ ___ | $1,102.62 |
|---|---|---|

Nonpriority Creditor's Name

**2118 SE 12th Ave. #101**

Number      Street

**When was the debt incurred?** _____

**Battle Ground, WA 98604**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page ___ of ___

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.99**

**Wells Fargo Card Services**
Nonpriority Creditor's Name

**PO Box 393**

Number            Street

**Minneapolis, MN 55480-0393**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___            **$2,337.00**

**When was the debt incurred?**            **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

---

**4.100**

**Wells Fargo Card Services**
Nonpriority Creditor's Name

**PO Box 393**

Number            Street

**Minneapolis, MN 55480-0393**
City            State            ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3   5   8   5**            **unknown**

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving Account**

---

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 80 of 145

**Part 2:** **Your NONPRIORITY Unsecured Claims − Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.101**

**Wheatland Bank**

Nonpriority Creditor's Name

**205 S. Main St. Suite 1**

Number         Street

**Ellensburg, WA 98926**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   6   4   6**          $17,088.57

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Checking**

---

**4.102**

**Wilcox & Flegel Oil Co.**

Nonpriority Creditor's Name

**95 Panel Way**

Number         Street

**Longview, WA 98632**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___          $56,950.00

**When was the debt incurred?**    **08/2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Commercial Account**

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | | |
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### [1] Radius Global Solutions LLC
Name
PO Box 390900
Number          Street

Minneapolis, MN 55439
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

### [2] Washington Collectors
Name
510 N. 20th Ave. Suite D
Number          Street

Pasco, WA 99301
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

### [3] Collection Bureau of Walla Walla
Name
224 E. Poplar St.
Number          Street

Walla Walla, WA 99362
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

### [4] Financial Recovery Services
Name
PO Box 385908
Number          Street

Minneapolis, MN 55438
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

### [5] Undue Medical Debt
Name
P.O. Box 19085
Number          Street

Long Island City, NY 11101-9085
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9  6  9  3**

### [6] Media Collections, Inc.
Name
8948 Canyon Falls Blvd. Suite 200
Number          Street

Twinsburg, OH 44087-1900
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2  0  3  4**

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 82 of 145

| 7 | **Dellwo, Roberts & Scanlon, P.S.** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|

**Dellwo, Roberts & Scanlon, P.S.**
Name

**1124 W. Riverside Ave. Suite 310**
Number          Street

**Spokane, WA 99201-1109**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.14__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

8
**NACM Commercial Services**
Name

**7931 NE Halsey St. Suite 103**
Number          Street

**Portland, OR 97213**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.15__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

9
**ARSI**
Name

**555 St Charles Dr Suite 110**
Number          Street

**Thousand Oaks, CA 91360**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

10
**Client Services Inc**
Name

**3451 Harry S Truman Blvd**
Number          Street

**Saint Charles, MO 63301-4047**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

11
**Radius Global Solutions LLC**
Name

**PO Box 390900**
Number          Street

**Minneapolis, MN 55439**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

12
**Portfolio Recovery Associates**
Name

**120 Corporate Blvd 100**
Number          Street

**Norfolk, VA 23502**
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name   Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**13** | **Client Services Inc**
Name

**3451 Harry S Truman Blvd**
Number      Street

**Saint Charles, MO 63301-4047**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**14** | **ARSI**
Name

**555 St Charles Dr Suite 110**
Number      Street

**Thousand Oaks, CA 91360**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**15** | **Cavalry Portfolio Services**
Name

**500 Summit Lake Dr.**
Number      Street

**Valhalla, NY 10595-1340**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   6   7   4   2

---

**16** | **Cavalry SPV I LLC**
Name

**1 American Lane Suite 220**
Number      Street

**Greenwich, CT 06831**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**17** | **United Collection Bureau Inc**
Name

**PO Box 140310**
Number      Street

**Toledo, OH 43614**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**18** | **McCarthy Burgess & Wolff**
Name

**26000 Cannon Rd**
Number      Street

**Bedford, OH 44146**
City           State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

**Part 3:    List Others to Be Notified About a Debt That You Already Listed - Additional Page**

**19** | **Credit Control LLC**
Name

**PO Box 31179 Suite 500**
Number      Street

**Tampa, FL 33631**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**20** | **United Collection Bureau Inc**
Name

**PO Box 140310**
Number      Street

**Toledo, OH 43614**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**21** | **Portfolio Recovery Associates**
Name

**120 Corporate Blvd 100**
Number      Street

**Norfolk, VA 23502**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**22** | **Armada Corp.**
Name

**93 Eastmont Ave. Suite 100**
Number      Street

**East Wenatchee, WA 98802-5305**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**23** | **Palladino Law Office, LLC**
Name

**2400 Veterans Memorial Blvd. Suite 300A**
Number      Street

**Kenner, LA 70062**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**24** | **Collection Bureau of Walla Walla**
Name

**224 E. Poplar St.**
Number      Street

**Walla Walla, WA 99362**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.25** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 85 of 145

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**25.**

Jefferson Capital System
Name

PO Box 17210
Number          Street

Golden, CO 80402
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**26.**

ARS National Services Inc.
Name

PO Box 469046
Number          Street

Escondido, CA 92046-9046
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.35** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**27.**

Sunrise Credit Services
Name

PO Box 9100
Number          Street

Farmingdale, NY 11735
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.35** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**28.**

Radius Global Solutions LLC
Name

PO Box 390900
Number          Street

Minneapolis, MN 55439
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.35** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**29.**

Greenburg, Grant & Richards, Inc.
Name

5858 Westheimer Road Suite 500
Number          Street

Houston, TX 77057
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.37** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**30.**

Continental Commercial Group
Name

1111 N. Brand Blvd. Suite 401
Number          Street

Glendale, CA 91202
City                          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.38** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 86 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name   Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**31** **Credit Collection Services**
Name

**PO Box 607**
Number      Street

**Norwood, MA 02062**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.39__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __9__ __3__ __5__ __0__

---

**32** **TriVerity, Inc.**
Name

**26263 Forest Blvd. Suite 100**
Number      Street

**Wyoming, MN 55092**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.40__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**33** **Merchants Credit Association**
Name

**2245 152nd Avenue NE**
Number      Street

**Redmond, WA 98052**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.41__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**34** **Nat Assoc of Credit Mgmt**
Name

**8840 Columbia 100 Pkwy**
Number      Street

**Columbia, MD 21045**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.46__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**35** **American Coradius International**
Name

**2420 Sweet Home Road Suite 150**
Number      Street

**Buffalo, NY 14228**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.47__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __2__ __7__ __5__ __4__

---

**36** **Valley Empire Collection**
Name

**8817 E. Mission Ave. Suite 101**
Number      Street

**Spokane, WA 99212**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.51__ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name   Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**37.** 
Yakima Adjustment Service, Inc.
Name

309 W. Lincoln Ave
Number      Street


Yakima, WA 98902-2655
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.53** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    L  E  U  J

**38.**
Harris & Harris
Name

111 W Jackson Blvd 400
Number      Street


Chicago, IL 60604
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**39.**
Optimum Outcomes
Name

PO Box 660943
Number      Street


Dallas, TX 75266-0943
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.55** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**40.**
Evergreen Financial Services Inc.
Name

1214 North 16th Avenue
Number      Street


Yakima, WA 98902
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.60** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    6  9  6  0

**41.**
Washington Collectors
Name

510 N. 20th Ave. Suite D
Number      Street


Pasco, WA 99301
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.64** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**42.**
Southwest Credit Systems
Name

4120 International Pkwy #1100
Number      Street


Carrollton, TX 75007
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.65** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

| Debtor 1 | Elizabeth | | Rodriguez | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**43.** Valor Intelligent Processing LLC
Name

P.O. Box 207899
Number     Street

Dallas, TX 75320-7899
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.66** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    2   9   8   2

---

**44.** Automated Accounts, Inc.
Name

430 W. Sharp Ave
Number     Street

Spokane, WA 99201
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.68** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    5   8   3   1

---

**45.** Law Office of Benjamin Kelly, P.S.
Name

9218 Roosevelt Way NE
Number     Street

Seattle, WA 98115
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.71** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    o   u   r   t

---

**46.** Caine & Weiner
Name

2000 Warrington Way
Number     Street

Louisville, KY 40222
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.72** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**47.** ASAP Collections, Inc.
Name

6980 Santa Teresa Blvd. Suite 150
Number     Street

San Jose, CA 95119
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.74** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    6   5   6   8

---

**48.** American Profit Recovery
Name

34505 W. 12 Mile Road Suite 333
Number     Street

Farmington, MI 48331
City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.78** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

| Debtor 1 | Elizabeth | | Rodriguez | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | | |
| | First Name | Middle Name | Last Name | | | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**49.**

**Express Collections**
Name

**PO Box 9307**
Number     Street

**Rapid City, SD 57709**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.79** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**50.**

**Merchants Credit Association**
Name

**2245 152nd Avenue NE**
Number     Street

**Redmond, WA 98052**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.80** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **7  1  8  8**

**51.**

**Automated Accounts, Inc.**
Name

**430 W. Sharp Ave**
Number     Street

**Spokane, WA 99201**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.84** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**52.**

**Target**
Name

**PO Box 660170**
Number     Street

**Dallas, TX 75266-0170**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.87** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

**53.**

**Enhanced Recovery Co.**
Name

**P.O. Box 23870**
Number     Street

**Jacksonville, FL 32241-3870**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.87** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0  2  3  9**

**54.**

**McCarthy Burgess & Wolff**
Name

**26000 Cannon Rd**
Number     Street

**Bedford, OH 44146**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.88** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 90 of 145

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**55.** AG Adjustments
Name

One Huntington Quadrangle Suite 4N15
Number        Street

Melville, NY 11747
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.91** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    1   3   8   5

---

**56.** Absolute Resolution Investment
Name

8000 Norman Center Dr. Suite 350
Number        Street

Minneapolis, MN 55437
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.93** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**57.** Arcon Credit Solutions, LLC
Name

8425 Seasons Parkway Suite 106
Number        Street

Saint Paul, MN 55125
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.93** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**58.** Radius Global Solutions LLC
Name

PO Box 390900
Number        Street

Minneapolis, MN 55439
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.93** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**59.** First National Collection Bureau Inc
Name

50 W Liberty Street
Number        Street

Reno, NV 89501
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.93** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**60.** Unifin, Inc.
Name

P.O. Box 1608
Number        Street

Skokie, IL 60076
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.95** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0   6   2   1

---

| Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

**61** Jefferson Capital System
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.95** of *(Check one):*

PO Box 17210

Number      Street

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Golden, CO 80402

City            State      ZIP Code

---

**62** Collection Bureau of Walla Walla
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.101** of *(Check one):*

224 E. Poplar St.

Number      Street

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Walla Walla, WA 99362

City            State      ZIP Code

---

**63** Fairway Collections
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.102** of *(Check one):*

1616 S. Gold Street Suite 5

Number      Street

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Centralia, WA 98531

City            State      ZIP Code

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 92 of 145

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$24,834.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$725,531.48** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$750,365.48** |

| Debtor 1 | Elizabeth | | Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. Total claim | Priority | Nonpriority

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number        Street | |
| | City        State        ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number        Street | |
| | City        State        ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number        Street | |
| | City        State        ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number        Street | |
| | City        State        ZIP Code | |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 95 of 145

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____**Washington**_____. Fill in the name and current address of that person.

   **Rodriguez, Rodrigo**
   Name of your spouse, former spouse, or legal equivalent

   **89050 E Calico Rd**
   Number          Street

   **Kennewick, WA 99338**
   City          State          ZIP Code

   ☑ Yes. In which community state or territory did you live? _____**Washington**_____. Fill in the name and current address of that person.

   **Rodriguez, Elizabeth**
   Name of your spouse, former spouse, or legal equivalent

   **89050 E Calico Rd**
   Number          Street

   **Kennewick, WA 99338**
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 96 of 145

| Debtor 1 | **Elizabeth** | **Rodriguez** | Case number *(if known)* _____ |
|----------|---------------|----------------|------------------------------------------|
| Debtor 2 | **Rodrigo** | **Rodriguez** | |
| | First Name    Middle Name | Last Name | |

██ Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|------------------------------|------------------------------------------------------|
| | Check all schedules that apply: |

**3.2**

Name _____

☐ Schedule D, line _____

☐ Schedule E/F, line _____

Number        Street

☐ Schedule G, line _____

City        State        ZIP Code

Official Form 106H                **Schedule H: Codebtors**                page **2** of **2**

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 97 of 145

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Elizabeth** | **Rodriguez** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | **Rodrigo** | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Washington**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Employment

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | Occupation | | **Owner/Operator** |
| | Occupation may include student or homemaker, if it applies. | Employer's name | | **Triple A's Trucking** |
| | | Employer's address | | **89050 E. Calico Road** |
| | | | Number   Street | Number   Street |
| | | | | |
| | | | City   State   ZIP Code | **Kennewick, WA 99338** |
| | | | | City   State   ZIP Code |
| | | How long employed there? | _____ | **01/2016-present** |

**Part 2:** Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $0.00 | $0.00 |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 98 of 145

| | Debtor 1 | Elizabeth | Rodriguez | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Debtor 2 | Rodrigo | Rodriguez | | |
| | | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here.................................................➔ | 4. | **$0.00** | **$0.00** |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| | 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions. Specify: _____ | 5h. **+** | **$0.00** + | **$0.00** |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$7,980.02** |
| | 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| | 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. Social Security | 8e. | **$1,254.00** | **$0.00** |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **WA L & I Pension** | 8f. | **$2,857.37** | **$0.00** |
| | 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. Other monthly income. Specify: _____ | 8h. **+** | **$0.00** + | **$0.00** |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$4,111.37** | **$7,980.02** |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$4,111.37** + | **$7,980.02** = **$12,091.39** |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 99 of 145

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

    Specify: _____     11. **+**  _____  **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12.     **$12,091.39**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ☑ No.

    ☐ Yes. Explain: _____

| Debtor 1 | Elizabeth | Rodriguez | Case number (if known) |
|----------|-----------|-----------|------------------------|
| Debtor 2 | Rodrigo | Rodriguez | |
| | First Name | Middle Name | Last Name |

---

**8a. Attached Statement**

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | **$17,599.30** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $999.81 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $417.52 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $66.67 |
| 13. | Repairs and Maintenance | $3,531.30 |
| 14. | Vehicle Expenses | $2,567.66 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $2,036.33 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$9,619.27** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$7,980.02** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Elizabeth**        **Rodriguez** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | **Rodrigo**       **Rodriguez** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Washington** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Child** | **26** | ☐ No. ☑ Yes. |
   | **Child** | **22** | ☐ No. ☑ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | **$4,659.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | **$0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | **$175.00** |
| 4d. | Homeowner's association or condominium dues | **$100.00** |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 103 of 145

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. **$0.00**

6. **Utilities:**

   6a. Electricity, heat, natural gas — 6a. **$240.00**

   6b. Water, sewer, garbage collection — 6b. **$215.00**

   6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. **$425.00**

   6d. Other. Specify: **Irrigation** — 6d. **$104.17**

7. **Food and housekeeping supplies** — 7. **$600.00**

8. **Childcare and children's education costs** — 8. **$0.00**

9. **Clothing, laundry, and dry cleaning** — 9. **$150.00**

10. **Personal care products and services** — 10. **$175.00**

11. **Medical and dental expenses** — 11. **$20.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. **$500.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. **$0.00**

14. **Charitable contributions and religious donations** — 14. **$40.00**

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance — 15a. **$0.00**

   15b. Health insurance — 15b. **$0.00**

   15c. Vehicle insurance — 15c. **$350.00**

   15d. Other insurance. Specify: _____ — 15d. **$0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. **$0.00**

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1 **2020 Can-Am UTV Maverick** — 17a. **$320.59**

   17b. Car payments for Vehicle 2 **2023 Jeep Wrangler** — 17b. **$1,328.53**

   17c. Other. Specify: **2018 Ford F250** — 17c. **$1,210.00**

   17d. Other. Specify: _____ — 17d. **$0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). — 18. **$0.00**

19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. **$0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a. Mortgages on other property — 20a. **$0.00**

   20b. Real estate taxes — 20b. **$0.00**

   20c. Property, homeowner's, or renter's insurance — 20c. **$0.00**

   20d. Maintenance, repair, and upkeep expenses — 20d. **$0.00**

   20e. Homeowner's association or condominium dues — 20e. **$0.00**

| 21. | **Other.** Specify: _____ | 21. | + | **$0.00** |

22. **Calculate your monthly expenses.**

| 22a. Add lines 4 through 21. | 22a. | **$10,612.29** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$10,612.29** |

23. **Calculate your monthly net income.**

| 23a. Copy line 12 (your combined monthly income) from *Schedule I.* | 23a. | | **$12,091.39** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | − | **$10,612.29** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | | **$1,479.10** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Elizabeth** | **Rodriguez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Rodrigo** | **Rodriguez** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | **$1,006,140.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.......................................................... | **$75,431.76** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................................... | **$1,081,571.76** |

## Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,851,542.68** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $750,365.48** |
| **Your total liabilities** | **$2,601,908.16** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................... | **$12,091.39** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................... | **$10,612.29** |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 106 of 145

| Debtor 1 | **Elizabeth** | | **Rodriguez** | |
|---|---|---|---|---|
| Debtor 2 | **Rodrigo** | | **Rodriguez** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  **$10,837.39**

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$24,834.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$24,834.00** |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 107 of 145

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Elizabeth** | | **Rodriguez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Washington** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Elizabeth Rodriguez**
Elizabeth Rodriguez, Debtor 1

Date **06/19/2025**
MM/ DD/ YYYY

X **/s/ Rodrigo Rodriguez**
Rodrigo Rodriguez, Debtor 2

Date **06/19/2025**
MM/ DD/ YYYY

| Debtor 1 | **Elizabeth** | | **Rodriguez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rodrigo** | | **Rodriguez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Washington**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **1851 S. Fescue St.** | From **2021** | | From _____ |
| Number     Street | To   **2022** | Number     Street | To   _____ |
| **Kennewick, WA 99338** | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number     Street | To   _____ | Number     Street | To   _____ |
| | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 109 of 145

| Debtor 1 | Elizabeth | | Rodriguez | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ | |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $28,324.00 |
| **For last calendar year:**<br>(January 1 to December 31, __2024__)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $52,640.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $56,400.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security**<br>**Disability** | $6,704.00<br>$17,144.22 | _____<br>_____ | _____<br>_____ |
| **For last calendar year:**<br>(January 1 to December 31, __2024__)<br>YYYY | **Social Security**<br>**Disability** | $12,588.00<br>$32,909.93 | _____<br>_____ | _____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, __2023__)<br>YYYY | **Social Security**<br>**Disability** | $12,588.00<br>$32,909.93 | _____<br>_____ | _____<br>_____ |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

     ☐ No. Go to line 7.

     ☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

     * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No. Go to line 7.

     ☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Gesa Credit Union** <br> Creditor's Name | **03/01/2025** | **$3,750.00** | **$11,045.17** | ☐ Mortgage |
| **51 Gage Blvd** <br> Number    Street | **04/01/2025** | | | ☑ Car |
| | | | | ☐ Credit card |
| **Richland, WA 99352** <br> City    State    ZIP Code | **05/01/2025** | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | _____ | _____ | |
| _____ <br> Number    Street | _____ | | | |
| _____ <br> City    State    ZIP Code | | | | |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 111 of 145

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number     Street | _____ | | | |
| _____<br>City          State     ZIP Code | _____ | | | |

---

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Automated Accounts v. Rodrigo Rodriguez** | 05/12/2025<br>Judgment obtained | **Benton County Superior Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number     Street<br>**Kennewick, WA 99336**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number | **25-2-01091-8** | | | |
| Case title | **XXX v. Rodrigo Rodriguez** | 03/17/2025 | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number     Street<br>**Kennewick, WA 99336**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **5A0343499** | | | |
| Case title | **Collection Bureau of Walla Walla v. Rodriguez** | | **Benton County Superior Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number     Street<br>**Kennewick, WA 99336**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24-2-02862-2** | | | |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 112 of 145

| Debtor 1 | Elizabeth Rodrigo | | Rodriguez Rodriguez | | |
|---|---|---|---|---|---|
| Debtor 2 | | | | | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Petrocard, Inc. v. Rodriguez**<br><br>Case number **24-2-01495-8** | | **Benton County Superior Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Armada Corp. v. Rodriguez**<br><br>Case number **B24-14962** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Cavalry SPV LLC v. Rodriguez**<br><br>Case number **B25-16032** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Automated Accounts v. Rodrigo Rodriguez**<br><br>Case number **B25-16191** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **XXX v. Rodrigo Rodriguez**<br><br>Case number **5A-0343499** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Carson Oil Co. v. Rodriguez**<br><br>Case number **175871** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Collection Bureau of Walla Walla v. Rodriguez**<br><br>Case number **175817** | | **Benton County District Court**<br>Court Name<br>**7122 W. Okanogan Place**<br>Number    Street<br>**Kennewick, WA 99336**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

25-01095-WLH11   Doc 1   Filed 06/19/25   Entered 06/19/25 13:19:26   Pg 113 of 145

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

Creditor's Name

| Explain what happened |
|---|

Number    Street

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

City          State    ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

Creditor's Name

Number    Street

City          State    ZIP Code        Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 114 of 145

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| | | | |
| Number    Street | | | |
| | | | |
| City      State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| | | | |
| Number    Street | | | |
| | | | |
| City      State    ZIP Code | | | |

### Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 115 of 145

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Amy Wilburn, PLLC.**<br>Person Who Was Paid | **Attorney's Fee; Filing Fee** | | |
| | | 6/17/2025 | $575.00 |
| **PO Box 112350**<br>Number    Street | | 06/17/2025 | $1,738.00 |
| | | | |
| **Tacoma, WA 98411**<br>City             State    ZIP Code | | | |
| amy@amywilburnlaw.com<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City             State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 116 of 145

| Debtor 1 | Elizabeth | | Rodriguez | |
|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer _____ | | | _____ |
| Number    Street _____ | | | |
| City         State   ZIP Code _____ | | | |
| Person's relationship to you _____ | | | |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wheatland Bank** Name of Financial Institution | XXXX– **4   0   9   4** | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | **06/2023** | **$0.00** |
| **222 N. Wall Street** Number     Street | | | | |
| **Spokane, WA 99201** City         State   ZIP Code | | | | |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 117 of 145

| Debtor 1 | Elizabeth | | Rodriguez | | | |
|---|---|---|---|---|---|---|
| Debtor 2 | Rodrigo | | Rodriguez | | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ | | |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wheatland Bank**<br>Name of Financial Institution<br><br>**222 N. Wall Street Suite 100**<br>Number    Street<br><br><br>**Spokane, WA 99201**<br>City    State    ZIP Code | XXXX– **5   6   4   6** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **06/2023** | **$0.00** |
| **Spokane Teacher's Credit Union**<br>Name of Financial Institution<br><br>**9207 East Mission Avenue**<br>Number    Street<br><br><br>**Spokane, WA 99206**<br>City    State    ZIP Code | XXXX– **2   6   8   4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **02/2024** | **$0.00** |
| **Spokane Teacher's Credit Union**<br>Name of Financial Institution<br><br>**9207 East Mission Avenue**<br>Number    Street<br><br><br>**Spokane, WA 99206**<br>City    State    ZIP Code | XXXX– **0   8   5   6** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **02/2024** | **$0.00** |
| **Numerica Credit Union**<br>Name of Financial Institution<br><br>**PO Box Box 4000**<br>Number    Street<br><br><br>**Veradale, WA 99037**<br>City    State    ZIP Code | XXXX– ___ ___ ___ ___ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **05/2023** | **$0.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 118 of 145

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| **Name of Financial Institution** | **Name** | | |
| **Number**   **Street** | **Number**   **Street** | | |
| | **City**    **State**   **ZIP Code** | | |
| **City**    **State**   **ZIP Code** | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| **Name of Storage Facility** | **Name** | | |
| **Number**   **Street** | **Number**   **Street** | | |
| | **City**    **State**   **ZIP Code** | | |
| **City**    **State**   **ZIP Code** | | | |

**Part 9:**   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | _____ |
| **Owner's Name** | **Number**   **Street** | | |
| **Number**   **Street** | **City**    **State**   **ZIP Code** | | |
| **City**    **State**   **ZIP Code** | | | |

| Debtor 1 | **Elizabeth** | | **Rodriguez** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Rodrigo** | | **Rodriguez** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* _____ |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City         State    ZIP Code | _____<br>City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City         State    ZIP Code | _____<br>City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 120 of 145

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | **Court Name** _____ | | ☐ Pending |
| _____ | | | ☐ On appeal |
| _____ | **Number    Street** _____ | | ☐ Concluded |
| Case number _____ | **City        State    ZIP Code** | | |

---

## Part 11:  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Triple A's Trucking** <br> Name | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|
| | **Trucking** | EIN:  **3  1** – **1  7  7  4  4  3  6** |
| **89050 E. Calico Road** <br> Number    Street | Name of accountant or bookkeeper | Dates business existed |
| **Kennewick, WA 99338** <br> City            State    ZIP Code | | From  **2016**    To **Present** |
| **Roy's Trucking, Inc.** <br> Name | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
| | **Trucking** | EIN:  **3  1** – **1  7  7  4  4  3  6** |
| **100507 E. Ridgeview Dr.** <br> Number    Street | Name of accountant or bookkeeper | Dates business existed |
| **Kennewick, WA 99338** <br> City            State    ZIP Code | | From  **2005**    To **2025** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 121 of 145

| Debtor 1 | Elizabeth Rodrigo | Rodriguez Rodriguez | Case number *(if known)* _____ |
|---|---|---|---|
| Debtor 2 | | | |

First Name      Middle Name      Last Name

**Date issued**

**Name** _____

_____
**MM / DD / YYYY**

_____
**Number**    **Street**

_____

_____
**City**      **State**    **ZIP Code**

---

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** _/s/ Elizabeth Rodriguez_       **X** _/s/ Rodrigo Rodriguez_

Signature of Elizabeth Rodriguez, Debtor 1       Signature of Rodrigo Rodriguez, Debtor 2

Date _06/19/2025_       Date _06/19/2025_

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

25-01095-WLH11     Doc 1     Filed 06/19/25     Entered 06/19/25 13:19:26     Pg 122 of 145

# United States Bankruptcy Court
## Eastern District of Washington

**In re**    Rodriguez, Elizabeth

         Rodriguez, Rodrigo

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ **$6,000.00**

Prior to the filing of this statement I have received ................................................................. **$2,000.00**

Balance Due ............................................................................................................................ **$4,000.00**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __06/19/2025__ | __/s/ Amy Wilburn__ |
| *Date* | Amy Wilburn |
| | *Signature of Attorney* |

Bar Number: 49583
Law Office of Amy Wilburn, PLLC.
PO Box 112350
Tacoma, WA 98411
Phone: (253) 617-4380

__Law Office of Amy Wilburn, PLLC.__
*Name of law firm*

**Fill in this information to identify your case:**

Debtor 1     **Elizabeth**        **Rodriguez**

First Name     Middle Name     Last Name

Debtor 2     **Rodrigo**        **Rodriguez**
(Spouse, if filing)

First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     **Eastern District of Washington**

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income 12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $17,599.29 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $9,619.27 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $7,980.02 | Copy here →   $0.00 | $7,980.02 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here →   $0.00 | $0.00 |

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 125 of 145

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................... ↓

For you................................................................ **$1,254.00**

For your spouse....................................................... **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | | |
|---|---|---|
| | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

If necessary, list other sources on a separate page and put the total below.

| **Income from All Other Sources** | $2,857.37 | $0.00 |
|---|---|---|
| | | |
| Total amounts from separate pages, if any. | + | + |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $2,857.37 | + | $7,980.02 | = | $10,837.39 |
|---|---|---|---|---|

**Total average monthly income**

## Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Elizabeth Rodriguez        **X** /s/ Rodrigo Rodriguez

Signature of Debtor 1            Signature of Debtor 2

Date **06/19/2025**            Date **06/19/2025**

MM/ DD/ YYYY               MM/ DD/ YYYY

25-01095-WLH11    Doc 1    Filed 06/19/25    Entered 06/19/25 13:19:26    Pg 126 of 145

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**
**SPOKANE DIVISION**

IN RE: **Rodriguez, Elizabeth**
      **Rodriguez, Rodrigo**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/19/2025**   Signature               **/s/ Elizabeth Rodriguez**
                                               Elizabeth Rodriguez, Debtor

Date   **06/19/2025**   Signature               **/s/ Rodrigo Rodriguez**
                                             Rodrigo Rodriguez, Joint Debtor

Absolute Resolution
Investment
8000 Norman Center Dr. Suite 350
Minneapolis, MN 55437


Absolute Resolutions
Investments, LLC
PO Box Box 243
Minneapolis, MN 55439


ADT
PO Box 371878
Pittsburgh, PA 15250


AG Adjustments
One Huntington Quadrangle Suite 4N15
Melville, NY 11747


American Coradius
International
2420 Sweet Home Road Suite 150
Buffalo, NY 14228


American Express
P.O. Box 410
Ramsey, NJ 07446-0410


American Profit Recovery
34505 W. 12 Mile Road Suite 333
Farmington, MI 48331


Arcon Credit Solutions, LLC
8425 Seasons Parkway Suite 106
Saint Paul, MN 55125

Armada Corp.
93 Eastmont Ave. Suite 100
East Wenatchee, WA 98802-5305

ARS National Services Inc.
PO Box 469046
Escondido, CA 92046-9046

ARSI
555 St Charles Dr Suite 110
Thousand Oaks, CA 91360

ASAP Collections, Inc.
6980 Santa Teresa Blvd. Suite 150
San Jose, CA 95119

AT&T
PO Box 5014
Carol Stream, IL 60197

Automated Accounts, Inc.
430 W. Sharp Ave
Spokane, WA 99201

Banner Bank
10 S 1st Ave
WallaWalla, WA 99362

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899

Benton Rural Electric
Association
402 7th St.
Prosser, WA 99350


Boone Emergency Physicians
2753 Hospital Court
Rio Grande City, TX 78582


Caine & Weiner
2000 Warrington Way
Louisville, KY 40222


Canal Insurance
P.O Box 7
Greenville, SC 29602


Capital One
PO Box 31293
Salt Lake City, UT 84131


Carson
3125 NW 35th Ave.
Portland, OR 97210


Cavalry Portfolio Services
500 Summit Lake Dr.
Valhalla, NY 10595-1340


Cavalry SPV I LLC
1 American Lane Suite 220
Greenwich, CT 06831

Cavalry SPV I LLC
3800 N. Central Ave.
Phoenix, AZ 85012-1992


CECO, Inc.
3125 NW 35th Ave.
Portland, OR 97210


Christensen Oil Fuel
1060 Jadwin Ave.
Richland, WA 99352


Citibank N.A.
PO Box 9001037
Louisville, KY 40290-1037


Citibank NA
5800 S Corporate Place
Sioux Falls, SD 57108


Citibank, N.A.
PO Box 9001094
Louisville, KY 40290-1094


City of Kennewick
210 W 6th Ave.
Kennewick, WA 99336


City of West Richland
3100 Belmont Boulevard Suite 100
West Richland, WA 99353

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301-4047

Coast Professional, Inc.
4273 Volunteer Road
Geneseo, NY 14454

CO-Energy, Inc.
1015 N Oregon Ave
Pasco, WA 99301

Coleman Oil
335 Mill Road
Lewiston, ID 83501

Collection Bureau of Walla
Walla
224 E. Poplar St.
Walla Walla, WA 99362

Collection Bureau of Walla
Walla
224 E. Poplar St.
WallaWalla, WA 99362

Comenity Bank
PO Box 182120
Columbus, OH 43218-2120

Continental Commercial
Group
1111 N. Brand Blvd. Suite 401
Glendale, CA 91202

Crazy Frog Pest Control
4023 W. Clearwater Ave.
Kennewick, WA 99336

Credit Collection Services
PO Box 607
Norwood, MA 02062

Credit Collection Services
Collection
PO Box 607
Norwood, MA 02062

Credit Control LLC
PO Box 31179 Suite 500
Tampa, FL 33631

Credit Management LP
6080 Tennyson Pkwy Suite 100
Plano, TX 75024-6002

Dellwo, Roberts & Scanlon,
P.S.
1124 W. Riverside Ave. Suite 310
Spokane, WA 99201-1109

Direct TV
2230 E Imperial Hwy
El Segundo, CA 90245

Dobbs Peterbilt
2800 136th Avenue Court E.
Sumner, WA 98390

E-470 Public Highway
Authority
P.O. Box 5470
Denver, CO 80217-5470


Ed Financial/ESA
120 N. Seven Oaks Dr.
Knoxville, TN 37922-2359


Elan Financial Services
PO Box 108
Saint Louis, MO 63166-1610


Enhanced Recovery Co.
P.O. Box 23870
Jacksonville, FL 32241-3870


Evergreen Financial Services
Inc.
1214 North 16th Avenue
Yakima, WA 98902


Express Collections
PO Box 9307
Rapid City, SD 57709


Fairway Collections
1616 S. Gold Street Suite 5
Centralia, WA 98531


Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438

First National Bank of Omaha
P.O. Box 2658
Omaha, NE 68103-2658

First National Collection
Bureau Inc
50 W Liberty Street
Reno, NV 89501

FleetOne Holdings, LLC
PO Box 630038
Cincinnati, OH 45263-0038

Flyers Energy, LLC
2360 Lindbergh Street
Auburn, CA 95602

Geico Inc.
Attn: Region 3 Underwriting
PO Box 9105
Macon, GA 31208

Gesa Credit Union
51 Gage Blvd
Richland, WA 99352

Goldman Sachs Bank USA
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Greenburg, Grant & Richards,
Inc.
5858 Westheimer Road Suite 500
Houston, TX 77057

GWP Holdings, LLC
2800 136th Avenue Ct. E.
Sumner, WA 98390-9206


Harris & Harris
111 W Jackson Blvd 400
Chicago, IL 60604


HSBC Bank USA NA
PO Box 4657
Carol Stream, IL 60197


Hunt & Sons, LLC
5750 S. Watt Ave
Sacramento, CA 95829


Incyte Pathology, PS
P.O. Box 3495
Raymond, OH 43067-0475


Indiana Toll Road Concession
Company
3200 Cassopolis St.
Elkhart, IN 46514


Inland Imaging Associates,
PS
801 S Stevens St.
Spokane, WA 99204-2654


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Jefferson Capital System
PO Box 17210
Golden, CO 80402

Justice Family Chiropractic
7106 W. Hood Place
Kennewick, WA 99336

Kadlec Regional Medical
Center
888 Swift Blvd
Richland, WA 99352

Law Office of Benjamin Kelly,
P.S.
9218 Roosevelt Way NE
Seattle, WA 98115

Les Schwab Tire Center
PO Box 5350
Bend, OR 97708

Linebarger Goggan Blair &
Sampson LLP
PO Box 17428
Austin, TX 78760

Malheur County Circuit Court
251 B. Street W. Box 3
Vale, OR 97918

Maryland Transportation
Authority
P.O. Box 12853
Philadelphia, PA 19176-0853

McCarthy Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


Media Collections, Inc.
8948 Canyon Falls Blvd. Suite 200
Twinsburg, OH 44087-1900


Merchants Credit Association
2245 152nd Avenue NE
Redmond, WA 98052


Michael Breier, DMD
2469 Queensgate Dr
Richland, WA 99352


Motive
55 Hawthorne Street Suite 400
San Francisco, CA 94105


NACM Commercial Services
7931 NE Halsey St. Suite 103
Portland, OR 97213


Nat Assoc of Credit Mgmt
8840 Columbia 100 Pkwy
Columbia, MD 21045


NC Quick Pass
P.O. Box 100020
Fort Lauderdale, FL 33302-4430

New Jersey EZ-Pass
P.O. Box 4971
Trenton, NJ 08650

Nolan's Collisions
1125 E. Columbia Street
Pasco, WA 99301

North Texas Tollway
Authority
P.O. Box 260928
Plano, TX 75026-0928

Numerica Credit Union
PO Box Box 4000
Veradale, WA 99037

Optimum Outcomes
PO Box 660943
Dallas, TX 75266-0943

Oregon Judicial Department
1163 State St.
Salem, OR 97301-2563

Palladino Law Office, LLC
2400 Veterans Memorial Blvd. Suite 300A
Kenner, LA 70062

Pennsylvania Turnpike Toll by
Plate
P.O. Box 645631
Pittsburgh, PA 15264-5254

Petrocard, Inc.
730 Central Ave S.
Kent, WA 98032


P-Fleet Fuel Card
6390 Greenwich Drive Suite 200
San Diego, CA 92122


Pinnacle Pain Center
8524 W. Gage Blvd. Bldg. A-1
Kennewick, WA 99336


Portfolio Recovery Associates
120 Corporate Blvd 100
Norfolk, VA 23502


Prairie Electric, Inc.
27050 NE 10th Ave
Ridgefield, WA 98642


Premier Anesthesia
2655 Northwinds Parkway
Alpharetta, GA 30009


Radius Global Solutions LLC
PO Box 390900
Minneapolis, MN 55439


Revco Solutions Inc.
P.O. Box 2589
Columbus, OH 43216-2589

Riverlink
P.O. Box 70
Perry, NY 14530

Senske Services
400 N. Quay St.
Kennewick, WA 99336

Small Business
Administration
409 3rd St SW
Washington, DC 20416

Smart Sales & Lease
3220 W Main St #200
Rapid City, SD 57702

Sound Credit Union
P.O. Box 1595
Tacoma, WA 98401

Southwest Credit Systems
4120 International Pkwy #1100
Carrollton, TX 75007

Spokane Teacher's Credit
Union
9207 East Mission Avenue
Spokane, WA 99206

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735

Synchrony Bank
P.O. Box 960012
Orlando, FL 32896-0012


Target
PO Box 660170
Dallas, TX 75266-0170


TCL North America
850 New Burton Road Suite 201
Dover, DE 19904


TD Bank USA
PO Box Box 673
Minneapolis, MN 55440-0673


The Goodyear Tire & Rubber
Company
200 Innovation Way
Akron, OH 44316-0001


The Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117


Transworld Systems, Inc.
P.O. Box 15110
Wilmington, DE 19850


TriVerity, Inc.
26263 Forest Blvd. Suite 100
Wyoming, MN 55092

Twinstar Credit Union
PO Box Box 718
Olympia, WA 98507-0718

ULine
12575 Uline Drive
Pleasant Prairie, WI 53158

Umpqua Bank
500 SE Cass Ave
Roseburg, OR 97470-3103

Undue Medical Debt
P.O. Box 19085
Long Island City, NY 11101-9085

Unifin, Inc.
P.O. Box 1608
Skokie, IL 60076

United Collection Bureau Inc
PO Box 140310
Toledo, OH 43614

US Bank
800 Nicollet Mall
Minneapolis, MN 55402-7000

US Bank
PO Box 108
Saint Louis, MO 63166

**Valley Empire Collection**

8817 E. Mission Ave. Suite 101
Spokane, WA 99212

**Valor Intelligent Processing LLC**

P.O. Box 207899
Dallas, TX 75320-7899

**Verizon Wireless**

Bankruptcy Administration
500 Technology Drive Suite 550
Saint Charles, MO 63304

**Violation Enforcement Systems**

P.O. Box 1212
Horseheads, NY 14845-1200

**WA Dept of Transportation**

P.O. Box 34562
Seattle, WA 98124-1562

**Washington Collectors**

510 N. 20th Ave. Suite D
Pasco, WA 99301

**Waterways, Inc.**

2118 SE 12th Ave. #101
Battle Ground, WA 98604

**Wells Fargo Card Services**

PO Box 393
Minneapolis, MN 55480-0393

Wheatland Bank
205 S. Main St. Suite 1
Ellensburg, WA 98926

Wilcox & Flegel Oil Co.
95 Panel Way
Longview, WA 98632

Yakima Adjustment Service,
Inc.
309 W. Lincoln Ave
Yakima, WA 98902-2655